JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    U.S. Attorney's Office/Civil Division
    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7322
    Facsimile:   (415) 436-6748
    E-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendant Elaine Chao, Secretary of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GAYTAN,<br><br>            Plaintiff,<br><br>   v.<br><br>ELAINE CHAO, Secretary of Labor,<br><br>           Defendant.<br>_____ | No. C 07-6367 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE** |

      IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for completing Court appointed mediation in this case (currently set for November 3, 2008) be continued to January 30, 2009. This stipulation was agreed to by the parties at the suggestion of the Court's ADR office in light of the pendency of Defendant's motion to dismiss certain of Plaintiff's claims and the fact that the mediator was not appointed until September 22, 2008. Furthermore, the parties would like additional time to complete the mediation to better accommodate their schedules. The parties do not believe that any other dates

C 07-6367 VRW
STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE
1

set by the Court would need to be continued. No dates have previously been continued in this case.

DATED: September 26, 2008          By: _____
                                        RICHARD GAYTAN
                                        Plaintiff

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: September 30, 2008          By: _____
                                        MICHAEL T. PYLE
                                        Assistant United States Attorney
                                        Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The deadline for the parties to complete Court appointed mediation is continued from November 3, 2008 to January 30, 2009.

DATED: 9/30/2008

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

C 07-6367 VRW
STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE

2