1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (SBN 172954)
   Assistant United States Attorney
4
       U.S. Attorney's Office/Civil Division
5      450 Golden Gate Avenue, 9th Floor
       San Francisco, California 94102-3495
6      Telephone:    (415) 436-7322
       Facsimile:    (415) 436-6748
7      E-mail: michael.t.pyle@usdoj.gov

8  Attorneys for Defendant Elaine Chao, Secretary of Labor

9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13 | RICHARD GAYTAN,                 )   No. C 07-6367 VRW
                                     )
14 |                                 )
                   Plaintiff,        )   **STIPULATION AND [PROPOSED]**
15 |                                 )   **ORDER TO CONTINUE PRE-TRIAL**
              v.                     )   **DATES**
16 | ELAINE CHAO, Secretary of Labor,)
                                     )
17 |               Defendant.        )
   |_____    )

18

19         IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval

20 of the Court, that the pre-trial dates listed below are continued to the dates listed below. This

21 stipulation was agreed to by the parties because Mr. Gaytan has recently requested more time to

22 respond to written discovery served by the defendant in December, a request that defendant is

23 willing to agree to if the discovery cut-off is continued. The continuance of the discovery cut-off

24 date affects the timing of a motion for summary judgment that defendant intends to file, the

25 ability to prepare expert reports, as well as the date for the pre-trial conference so the honoring of

26 //

27 //

28
C 07-6367 VRW
STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL DATES
                                    1

1  Mr. Gaytan's request would require an adjustment of the entire schedule by approximately two
2  months. Counsel for defendant obtained the proposed dates for the dispositive motion hearing
3  date and pre-trial conference date from the Court's clerk. These dates have not previously been
4  continued in this case.
5      The date for expert disclosures is continued from February 13, 2009 to April 13, 2009;
6      The fact discovery cut off date is continued from February 27, 2009 to April 27, 2009;
7      The date for rebuttal expert disclosures is continued from March 13, 2009 to May 13,
8  2009;
9      The last day for expert discovery is continued from April 17, 2009 to June 17, 2009;
10     The dispositive motion hearing date is continued from May 14, 2009 to August 6, 2009 at
11 2:30 p.m.;
12     The pre-trial conference is continued from June 18, 2009 to September 10, 2009 at 3:30
13 p.m.

15 DATED: January 28, 2009    By: _____
16                                 RICHARD GAYTAN
                                    Plaintiff

19                                  JOSEPH P. RUSSONIELLO
20                                  United States Attorney

21 DATED: January 28, 2009    By: _____
22                                  MICHAEL T. PYLE
                                    Assistant United States Attorney
23                                  Attorneys for Defendant

24 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
25     The pre-trial dates listed in this action are continued such that the schedule for the
26 disposition of this action is as follows:
27
28
C 07-6367 VRW
STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL DATES
2

The date for expert disclosures is April 13, 2009;

The fact discovery cut off date is April 27, 2009;

The date for rebuttal expert disclosures is May 13, 2009;

The last day for expert discovery is June 17, 2009;

The dispositive motion hearing date is August 6, 2009 at 2:30 p.m.;

The pre-trial conference will be held on September 10, 2009 at 3:30 p.m.

DATED: 2/6/2009

HON. VAUGHN R. WALKER
United States District Judge



C 07-6367 VRW
STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL DATES

3