United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GAYTON, | No   C-07-6367 VRW |
|     Plaintiff, | ORDER |
|     v | |
| HILDA SOLIS, Secretary of Labor, | |
|     Defendant. / | |

       Plaintiff Richard Gayton filed a complaint against the United States Secretary of Labor on December 17, 2007, alleging discrimination, wrongful termination and constitutional violations arising from plaintiff's employment with the Department of Labor's Office of Federal Contract Compliance Programs.  Doc #1.  On August 29, 2008, defendant moved to dismiss under FRCP 12(b)(6) all claims except those arising under the Rehabilitation Act of 1973, 29 USC §791.  Doc #17.  Plaintiff has not yet submitted his response to defendant's motion to dismiss.

Plaintiff is ORDERED to SHOW CAUSE why defendant's motion to dismiss should not be granted. Plaintiff has fourteen days from the date of this order to submit his written response to defendant's motion. If he fails submit a written response within fourteen days, the court will grant Doc #17, defendant's motion to dismiss.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge