1   JOSEPH P. RUSSONIELLO (SBN 44332)
    United States Attorney
2   JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
3   MICHAEL T. PYLE (SBN 172954)
    Assistant United States Attorney
4
5     U.S. Attorney's Office/Civil Division
     450 Golden Gate Avenue, 9th Floor
     San Francisco, California 94102-3495
6     Telephone:   (415) 436-7322
     Facsimile:    (415) 436-6748
7     E-mail: michael.t.pyle@usdoj.gov

8   Attorneys for Defendant Hilda Solis, Secretary of Labor,
    Substituted under FRCP 25(d) for former Secretary Elaine Chao
9

10                   UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13   RICHARD GAYTAN,          )    No. C 07-6367 VRW
                       )
14             Plaintiff,    )
                       )
15            v.          )    **STIPULATION AND [PROPOSED]**
                       )    **ORDER TO CONTINUE PRE-TRIAL**
16   HILDA SOLIS, Secretary of Labor,   )    **DATES**
                       )
17             Defendant.  )
18   ————————————————————————)
19
20
21
          IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval
22
  of the Court, that the pre-trial dates listed below are continued to the dates listed below. This
23
  stipulation was agreed to by the parties because Mr. Gaytan has not yet responded to written
24
  discovery served by the defendant in December and has requested a further continuance, a
25
  request that defendant is willing to agree to if this stipulation is approved by the Court. The
26
  parties also request the continuance of the dates in this stipulation because they have agreed to
27
28
  C 07-6367 VRW
  STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL DATES
                 1

1 | mediate the case on May 28, 2009 with the assistance of Daniel Bowling, Esq. of the Court's
2 | ADR office (a date that was the earliest one available for the parties, counsel and the mediator).
3 | Mr. Gaytan's counsel for settlement purposes only (Mr. Aaron Silberman, Esq.) has requested
4 | that Mr. Gaytan not be deposed until after the mediation, a request that defendant is willing to
5 | agree to if this stipulation is approved by the Court. The parties are requesting a deadline for
6 | completing mediation beyond the May 28, 2009 date at the suggestion of the mediator in case
7 | any postponement or follow up mediation sessions become necessary or appropriate. Counsel for
8 | defendant obtained approval for the proposed dates for the dispositive motion hearing date and
9 | pre-trial conference date from the Court's clerk. These dates have previously been continued in
10 | this case one time earlier. The parties thus stipulate to change the pre-trial dates in this case as
11 | follows:

12 | The date for completing mediation is continued from February 27, 2009 to June 30, 2009
13 | The date for expert disclosures is continued from April 13, 2009 to July 16, 2009;
14 | The fact discovery cut off date is continued from April 27, 2009 to July 31, 2009;
15 | The date for rebuttal expert disclosures is continued from May 13, 2009 to August 14,
16 | 2009;

17 | The last day for expert discovery is continued from June 17, 2009 to September 18, 2009;
18 | The dispositive motion hearing date is continued from August 6, 2009 to November 19,
19 | 2009 at 2:30 p.m.;

20 | The pre-trial conference is continued from September 10, 2009 to December 17, 2009 at
21 | 3:30 p.m.

22 |
23 |
DATED: March 31, 2009        By: _____
24 |                                              RICHARD GAYTAN
25 |                                              Plaintiff

26 | ///
27 | ///
28 |

C 07-6367 VRW
STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL DATES
2

1  DATED: March 31, 2009    By: *Michal T. Pyle*

2                                MICHAEL T. PYLE
                                 Assistant United States Attorney
3                                Attorneys for Defendant

4
                                 ROGERS JOSEPH O'DONNELL
5

6  DATED: March 31, 2009    By: *Aaron P. Silberman*

7                                AARON P. SILBERMAN
                                 Settlement Counsel for Plaintiff
8                                (Signing only to confirm approval of change in
                                 mediation deadline)
9

10 **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

11      The pre-trial dates listed in this action are continued such that the schedule for the

12 disposition of this action is as follows:

13      The date for completing mediation is June 30, 2009

14      The date for expert disclosures is July 16, 2009;

15      The fact discovery cut off date is July 31, 2009;

16      The date for rebuttal expert disclosures is August 14, 2009;

17      The last day for expert discovery is September 18, 2009;

18      The dispositive motion hearing date is November 19, 2009 at 2:30 p.m.; and

19      The pre-trial conference is continued to December 17, 2009 at 3:30 p.m.

20

21 DATED:  4/9/2009

22                                HON. VAUGHN R. WALKER
                                  United States District Judge
23
                                  IT IS SO ORDERED
24

25                                Judge Vaughn R Walker
26

27

28
   C 07-6367 VRW
   STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL DATES
                                  3