**FILED**

JUN X 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

RICHARD GAYTAN,
    Plaintiff in Propia Persona,

    v.

CHAO,
    Defendant(s).

No. C 07-6367 VRW MED AMP

**ORDER TERMINATING ASSISTED MEDIATION**

The above-entitled action was placed in the Assisted Mediation Program. Upon the application by the Pro Se Plaintiff, Special Mediation Counsel was designated to educate and assist the Pro Se Plaintiff in preparation for, participation in, and follow up to a mediation in this case.

The Mediator recently informed the court that the mediation has concluded and that no further session or follow-up is contemplated at this time. Accordingly, the court now removes this case from the Assisted Mediation Program. This terminates any further responsibilities of Special Mediation Counsel in this case.

The court extends its thanks to the Mediator and to Special Mediation Counsel Aaron Silberman for their efforts in the Assisted Mediation Program, furthering the administration of justice in the Northern District of California.

IT IS SO ORDERED.

6/1/2009
Date

BY: _____
Vaughn R. Walker
Chief United States District Judge