1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (SBN 172954)
   Assistant United States Attorney
4
   U.S. Attorney's Office/Civil Division
5  450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
6  Telephone:   (415) 436-7322
   Facsimile:   (415) 436-6748
7  E-mail: michael.t.pyle@usdoj.gov

8  Attorneys for Defendant Hilda Solis, Secretary of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RICHARD GAYTAN, | ) | No. C 07-6367 VRW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO VACATE PRE-TRIAL DATES AND SET STATUS CONFERENCE** |
| HILDA SOLIS, Secretary of Labor, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the pre-trial dates in this case be vacated and that the Court set a status conference on December 17, 2009 at 3:30 p.m. (which is currently the date and time for the pre-trial conference) by which time the parties will propose a new schedule for the case. This stipulation was agreed to by the parties because Mr. Gaytan is working diligently to obtain counsel to represent him in this action. This course of action was recommended to Mr. Gaytan by his prior settlement counsel and by the mediator (Mr. Daniel Bowling). Mr. Gaytan needs more time to obtain counsel and he also needs more time to respond to written discovery served

C 07-6367 VRW
STIPULATION AND [PROPOSED] ORDER REGARDING PRE-TRIAL DATES

1

by the defendant in December. Defendant is willing to agree to give Mr. Gaytan more time for these purposes if the pre-trial dates are vacated and there is a limited amount of time for Mr. Gaytan to complete his search for counsel. The parties propose that the Court vacate all existing pre-trial dates, give Mr. Gaytan until December 4, 2009 to find counsel, and hold a status conference on Decemb er 17, 2009 at 3:30 p.m. (which date and time is currently scheduled for the Pre-Trial Conference). The parties would propose to file a joint status conference statement on or before December 8, 2009.

DATED: July 21, 2009     By: _____
                              RICHARD GAYTAN
                              Plaintiff

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

DATED: July 21, 2009     By: _____
                              MICHAEL T. PYLE
                              Assistant United States Attorney
                              Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

All pre-trial dates in this action are vacated. Mr. Gaytan has until December 4, 2009 to obtain counsel to represent him in this action. A status conference will be held on December 17, 2009 at 3:30 p.m. The parties shall file a joint status conference statement on or before December 8, 2009. In that statement the parties shall advise the Court about whether or not Mr. Gaytan has obtained counsel and propose a new schedule for the resolution of this action.

DATED: 7/30/09           _____
                         HON. VAUGHN R. WALKER
                         Chief [Judge] District Chief Judge

                         IT IS SO ORDERED
                         Judge Vaughn R Walker

C 07-6367 VRW
STIPULATION AND [PROPOSED] ORDER REGARDING PRE-TRIAL DATES