1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (SBN 172954)
   Assistant United States Attorney
4
         U.S. Attorney's Office/Civil Division
5        450 Golden Gate Avenue, 9th Floor
         San Francisco, California 94102-3495
6        Telephone:    (415) 436-7322
         Facsimile:    (415) 436-6748
7        E-mail: michael.t.pyle@usdoj.gov

8  Attorneys for Defendant Hilda Solis, Secretary of Labor

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

RICHARD GAYTAN,                    )    No. C 07-6367 VRW
                                   )
              Plaintiff,           )
                                   )    **STIPULATION AND [PROPOSED]**
         v.                        )    **ORDER TO CONTINUE CASE**
                                   )    **MANAGEMENT CONFERENCE**
HILDA SOLIS, Secretary of Labor,   )
                                   )
              Defendant.           )
_____)

     IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for the next Case Management Conference in this case (currently set for August 12, 2010 at 3:30 p.m.) be continued to September 2, 2010 at 3:30 p.m.  This stipulation was agreed to at the request of the undersigned counsel for Defendant because he needs to be in Baltimore, Maryland no later than the evening of August 12, 2010 in order to defend six depositions in a different case between August 13, 2010 and August 20, 2010.  Mr. Gaytan has agreed to this request and also wishes to advise the Court that he will be meeting with

C 07-6367 VRW
STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
                                   1

an attorney in the next few days.  The parties do not believe that any other dates set by the Court would need to be continued because of this stipulation.

DATED: July 15, 2010       By:     /s/ Richard Gaytan
                                   RICHARD GAYTAN
                                   Plaintiff


                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

DATED: July 15, 2010       By:     /s/ Michael T. Pyle
                                   MICHAEL T. PYLE
                                   Assistant United States Attorney
                                   Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

   The next Case Management Conference in this case is continued from August 12, 2010 at 3:30 p.m. to September 2, 2010 at 3:30 p.m.

DATED: 7/20/2010                   _____
                                   HON. [Judge Vaughn R Walker]
                                   United States District Chief Judge

C 07-6367 VRW
STIPULATION AND [PROPOSED] ORDER CONTINUING CMC

2