MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    U.S. Attorney's Office/Civil Division
    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7322
    Facsimile:    (415) 436-6748
    E-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendant Hilda Solis, Secretary of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RICHARD GAYTAN, | ) | No. C 07-6367 VRW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE CASE** |
| HILDA SOLIS, Secretary of Labor, | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for the next Case Management Conference in this case (currently set for September 2, 2010 at 3:30 p.m.) be continued to November 4, 2010 at 3:30 p.m. or such other date as the Court may select.

    This stipulation was agreed to at the request of Mr. Gaytan. Mr. Gaytan states that he is unsure whether or not the attorney he has sought to retain will agree to represent him. Mr. Gaytan also says that he is not available on September 2, 2010 due to the recent death of his

C 07-6367 VRW
STIPULATION AND [PROPOSED] ORDER CONTINUING CMC

1

1 mother and that her burial will take place on September 2, 2010.  Mr. Gaytan also states that the
2 house he lives in is being foreclosed.  In light of these circumstances, Defendant reluctantly
3 agrees that one final continuance of the CMC would be appropriate and that the death of Mr.
4 Gaytan's mother is good cause for a continuance.  The parties do not believe that any other dates
5 set by the Court would need to be continued because of this stipulation.

DATED: September 1, 2010        By:    ___/s/ Richard Gaytan_____
                                       RICHARD GAYTAN
                                       Plaintiff


                                       MELINDA HAAG
                                       United States Attorney

DATED: September 1, 2010        By:    ___/s/ Michael T. Pyle_____
                                       MICHAEL T. PYLE
                                       Assistant United States Attorney
                                       Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The next Case Management Conference in this case is continued from September 2, 2010 at 3:30 p.m. to November 4, 2010 at 3:30 p.m.

GRANTED
Judge Vaughn R Walker

DATED: 9/2/2010                        _____
                                       HON. VAUGHN R. WALKER
                                       United States District Chief Judge

C 07-6367 VRW
STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
2