MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5087
    FAX: (408) 535-5081
    michael.t.pyle@usdoj.gov

Attorneys for Defendant Hilda Solis, Secretary of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD GAYTAN, ) | No. C 07-6367 SBA |
|                  Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO SET DATE FOR MR. GAYTAN'S DEPOSITION AND TO CONTINUE FACT DISCOVERY AND EXPERT DISCLOSURES DEADLINE** |
| HILDA SOLIS, Secretary of Labor, ) | |
|                  Defendant. ) | |

     IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that (1) Mr. Gaytan will be deposed on November 3, 2011 and (2) the deadline for completing fact discovery and and expert disclosures is extended from December 23, 2011 to January 31, 2012.

     This stipulation was agreed to at the request of counsel for Defendant. Mr. Gaytan had been scheduled to be deposed on July 14, 2011, but the deposition was rescheduled at Mr. Gaytan's request. Mr. Gaytan's deposition has been repeatedly been set and then rescheduled at Mr. Gaytan's request due to personal issues Mr. Gaytan has faced. Mr. Gaytan is available for deposition on November 3, 2011. Defendant has been wanting to take Mr. Gaytan's deposition

C 07-6367 SBA
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY/DISCLOSURE DATE
1

1 earlier than that because Defendant will need to conduct some additional discovery after Mr.
2 Gaytan's deposition, the precise nature of which discovery will be dependent upon the content of
3 Mr. Gaytan's testimony. Defendant is willing to proceed with Mr. Gaytan's deposition on
4 November 3, 2011, the date preferable to him, if the fact discovery deadline and expert
5 disclosure deadline can be moved to January 31, 2012. The parties do not believe that any other
6 dates set by the Court would need to be continued because of this stipulation.

8 DATED: October 14, 2011     By:     ___/s/ Richard Gaytan_____
                                      RICHARD GAYTAN
9                                     Plaintiff

12                                    MELINDA HAAG
                                      United States Attorney
13
14 DATED: October 14, 2011    By:     ___/s/ Michael T. Pyle_____
                                      MICHAEL T. PYLE
15                                    Assistant United States Attorney
                                      Attorneys for Defendant
16
17 **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

18      Plaintiff Mr. Gaytan is to be deposed commencing at 11:00 a.m. on November 3, 2011 at
19 Defendant counsel's office. The fact discovery and expert discosure deadline is continued from
20 December 23, 2011 to January 31, 2012. All other dates previously set by the Court remain in
21 place.

24 DATED:10/18/11                       _____
                                        HON. SANDRA BROWN ARMSTRONG
25                                      United States District Chief Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GAYTAN et al,

        Plaintiff,

v.

SOLIS et al,

        Defendant.
_____/

Case Number: CV07-06367 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Gaytan
433 Red Lion Way
Newman, CA 95360

Dated: October 20, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk