MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5087
    FAX: (408) 535-5081
    michael.t.pyle@usdoj.gov

Attorneys for Defendant Hilda Solis, Secretary of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD GAYTAN, ) | No. C 07-6367 SBA |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE FACT DISCOVERY AND EXPERT DISCLOSURES DEADLINE** |
| HILDA SOLIS, Secretary of Labor, ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the deadline for completing fact discovery and and expert disclosures is extended from January 31, 2012 to February 29, 2012.

    This stipulation was agreed to at the request of counsel for Defendant after learning that Mr. Gaytan is scheduled to have surgery on December 15 and will need six weeks to recuperate. Defendant has begun the deposition of Mr. Gaytan, but it has not been completed. The parties had agreed to complete the deposition in early January, but Mr. Gaytan subsequently learned that he will be having surgery on December 15 and will need six weeks to recuperate. Defendant would like to accommodate Mr. Gaytan's post-surgery recuperation period. This would mean

C 07-6367 SBA
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY/DISCLOSURE DATE
1

1 that Mr. Gaytan's deposition could not be completed until late January or early February 2012.
2 (Defendant's counsel has long-scheduled leave from December 1-19, 2011.) Among other
3 things, Defendant needs to complete the deposition in order to determine whether, and on what
4 terms, settlement of this dispute would be appropriate. The parties intend to schedule the
5 completion of Mr. Gaytan's deposition on a date when a representative of the Department of
6 Labor would be present to meet Mr. Gaytan and hear his testimony in person. The Court has
7 continued the fact discovery deadline and expert disclosure deadline once to its current date of
8 January 31, 2012. The parties request that this date be continued to February 29, 2012. The
9 parties do not believe that any other dates set by the Court would need to be continued because
10 of this stipulation.

12 DATED: November 28, 2011    By:    ___/s/ Richard Gaytan_____
                                      RICHARD GAYTAN
13                                    Plaintiff

16                                    MELINDA HAAG
                                      United States Attorney

18 DATED: November 28, 2011    By:    ___/s/ Michael T. Pyle_____
                                      MICHAEL T. PYLE
19                                    Assistant United States Attorney
                                      Attorneys for Defendant

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

22    The fact discovery and expert discosure deadline is continued from January 31, 2012 to
23 February 29, 2012. All other dates previously set by the Court remain in place.

25 DATED:12/6/11                        _____/s/ Saundra B Armstrong_____
                                        HON. SANDRA BROWN ARMSTRONG
26                                      United States District Chief Judge

C 07-6367 SBA
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY/DISCLOSURE DATE
2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GAYTAN et al,

        Plaintiff,

  v.

SOLIS et al,

        Defendant.
_____/

Case Number: CV07-06367 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Gaytan
433 Red Lion Way
Newman, CA 95360

Dated: December 7, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

C 07-6367 SBA
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY/DISCLOSURE DATE

3