1  MELINDA HAAG (SBN 132612)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (SBN 172954)
   Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5087
6      FAX: (408) 535-5081
       michael.t.pyle@usdoj.gov
7
   Attorneys for Defendant Hilda Solis, Secretary of Labor
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                 OAKLAND DIVISION

12 RICHARD GAYTAN,                    )    No. C 07-6367 SBA
                                      )
13                 Plaintiff,         )
                                      )
14         v.                         )    **STIPULATION AND ORDER TO**
                                      )    **CONTINUE FACT DISCOVERY AND**
15 HILDA SOLIS, Secretary of Labor,   )    **EXPERT DISCLOSURES DEADLINE**
                                      )
16                 Defendant.         )
                                      )
17

18

19         IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval

20 of the Court, that the deadline for completing fact discovery and and expert disclosures is

21 extended from January 31, 2012 to February 29, 2012.

22         This stipulation was agreed to at the request of counsel for Defendant after learning that

23 Mr. Gaytan is scheduled to have surgery on December 15 and will need six weeks to recuperate.

24 Defendant has begun the deposition of Mr. Gaytan, but it has not been completed.  The parties

25 had agreed to complete the deposition in early January, but Mr. Gaytan subsequently learned that

26 he will be having surgery on December 15 and will need six weeks to recuperate.  Defendant

27 would like to accommodate Mr. Gaytan's post-surgery recuperation period.  This would mean

28

C 07-6367 SBA
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY/DISCLOSURE DATE
                                            1

1  that Mr. Gaytan's deposition could not be completed until late January or early February 2012.
2  (Defendant's counsel has long-scheduled leave from December 1-19, 2011.)  Among other
3  things, Defendant needs to complete the deposition in order to determine whether, and on what
4  terms, settlement of this dispute would be appropriate.  The parties intend to schedule the
5  completion of Mr. Gaytan's deposition on a date when a representative of the Department of
6  Labor would be present to meet Mr. Gaytan and hear his testimony in person. The Court has
7  continued the fact discovery deadline and expert disclosure deadline once to its current date of
8  January 31, 2012.  The parties request that this date be continued to February 29, 2012.  The
9  parties do not believe that any other dates set by the Court would need to be continued because
10 of this stipulation.

12 DATED: November 28, 2011        By:    ___/s/ Richard Gaytan_____
                                          RICHARD GAYTAN
13                                        Plaintiff

16                                        MELINDA HAAG
                                          United States Attorney

18 DATED: November 28, 2011        By:    ___/s/ Michael T. Pyle_____
                                          MICHAEL T. PYLE
19                                        Assistant United States Attorney
                                          Attorneys for Defendant

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

22      The fact discovery and expert discosure deadline is continued from January 31, 2012 to
23 February 29, 2012.   All other dates previously set by the Court remain in place.

25 DATED:12/6/11                           _____
                                          HON. SANDRA BROWN ARMSTRONG
26                                        United States District Chief Judge

C 07-6367 SBA
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY/DISCLOSURE DATE
2

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  GAYTAN et al,
                                             Case Number: CV07-06367 SBA
           Plaintiff,
5                                            **CERTIFICATE OF SERVICE**

6   v.

   SOLIS et al,
7
           Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on December 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing
   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
12 depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
   delivery receptacle located in the Clerk's office.

13

14

15 Richard Gaytan
   433 Red Lion Way
16 Newman, CA 95360

17 Dated: December 7, 2011
                                             Richard W. Wieking, Clerk
18                                           By: LISA R CLARK, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

C 07-6367 SBA
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY/DISCLOSURE DATE
                                        3