MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
michael.t.pyle@usdoj.gov

Attorneys for Defendant Hilda Solis, Secretary of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GAYTAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HILDA L. SOLIS, SECRETARY OF ) <br> LABOR, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____) | Case No. C 07-6367 SBA <br><br> **ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO HAVE MOTION FOR SUMMARY JUDGMENT HEARD ON MAY 1, 2012** <br><br> Honorable Saundra Brown Armstrong |

Defendant's ex parte application to have its motion for summary judgment heard on May 1, 2012 at 1:00 p.m., the date previously set by the Court as the last day for hearing dispositive motions, is hereby granted based on the Court's consideration of the application and without any oral argument.

Defendant's motion for summary judgment shall be heard by the Court on May 1, 2012 at 1:00 p.m. as noticed in Defendant's motion for summary judgment.  In so ordering, however, the Court reserves its discretion under Civil Local Rule 7-1(b) to adjudicate Defendant's motion

[Proposed] Order Granting Defendant's Ex Parte Application
Case No. C 07-6367 SBA                             -1-

1  without oral argument.
2      **IT IS SO ORDERED**.
3
4  Dated: __3/27/12_____           _____
                                            Hon. Saundra B. Armstrong
                                            United States District Judge

[Proposed] Order Granting Defendant's Ex Parte Application
Case No. C 07-6367 SBA                -2-

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GAYTAN et al,

    Plaintiff,

 v.

SOLIS et al,

    Defendant.
_____/

Case Number: CV07-06367 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Gaytan
433 Red Lion Way
Newman, CA 95360

Dated: March 29, 2012

                Richard W. Wieking, Clerk
                By: Lisa Clark, Deputy Clerk